United States of America

NOTICE OF APPEARANCE

-v-

Docket Number: 10-726M

MICHAEL LEVITIS

Judge:

Defendant.

Date:

PLEASE NOTICE, that I have been RETAINED by MICHAEL LEVITIS the above named defendant. I was admitted to practice in this district on JAN 1991.

Signature: [signature]
Print Name: JEFFREY LICHTMAN
Bar Code: JL-632A
Office Address: 750 LEXINGTON AVE 15TH FL, NY NY 10022
Telephone #: (212) 581-1001

*** NOTICE TO ATTORNEY***

　　**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

　　**Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice. (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)