LAW OFFICES OF
# JEFFREY LICHTMAN
750 LEXINGTON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10022
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN

PH: (212) 581-1001
FX: (212) 581-4999

February 18, 2011

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Levitis, 11 CR 113 (ARR)

Dear Judge Ross:

    On behalf of defendant Michael Levitis, I am writing to request that the period of time from February 25, 2011 until March 1, 2011 be excluded from the time required for an indictment or information to be filed in this case. On January 27, 2011, an order of excludable delay was entered which excluded time until February 25; however, a guilty plea is presently scheduled in this case on March 1 at 11:30 am.

    AUSA Burlingame has consented to this request.

    Thank you for your consideration on this application; I am available for a conference should the Court deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:    Roger Burlingame, Esq. (by email)
       Assistant United States Attorney

       Clerk of the Court (ARR)