```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,              SATISFACTION OF JUDGMENT

        -against-                      Criminal Docket
                                       No. CR-11-0113
                                       (Ross, J.)
MICHAEL   v LEVITIS,
                Defendant.

- - - - - - - - - - - - - - - -X
```

WHEREAS, a judgment of restitution was imposed against the defendant and in favor of the United States of America, in the amount of $15,100.00, that is a restitution in the amount of $15,000.00, plus interest, and a special assessment in the amount of $100.00, on the 2nd day of August 2011, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on August 3, 2011; and

WHEREAS, said judgment has been fully paid as to the defendant MICHAEL LEVITIS,

2

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant MICHAEL LEVITIS.

Dated: Brooklyn, New York
       December 22, 2011

                                LORETTA E. LYNCH
                                United States Attorney
                                Eastern District of New York
                                271 Cadman Plaza East, 8th Fl.
                                Brooklyn, New York 11201

By: *s/Beth P. Schwartz*
     BETH P. SCHWARTZ
     Assistant U.S. Attorney
     (718)254-6017